*Formatted for Electronic Distribution*                    *Not for Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In re:

| | |
|---|---|
| **Michael J. Bourgault and** | **Chapter 7 Case** |
| **Nancy D. Potter,** | **# 10-11054** |
| **Debtors.** | |

_____

| | | |
|---|---|---|
| *Appearances:* | *Thomas Niksa, Esq.* | *John J. Balkunas Jr., Esq.* |
| | *St. Albans, VT* | *Alan A. Bjerke, Esq* |
| | *For the Debtors* | *Bauer, Gravel, Farnham, Nuovo, Parker & Lang* |
| | | *Burlington, VT & Colchester, VT* |
| | | *For Unifund CCR Partners LLC* |

### ORDER
### GRANTING DEBTORS' MOTION TO AVOID LIEN OF UNIFUND CCR PARTNERS LLC
### AND OVERRULING UNIFUND CCR PARTNERS LLC'S OBJECTION TO HOMESTEAD EXEMPTION

For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that:

1.  the Debtors' motion to avoid Unifund's judicial lien (doc. # 12) is GRANTED unless the case is dismissed;

2.  Unifund's objection to the Debtors' motion to avoid lien (doc. # 14) is OVERRULED; and

3.  Unifund's objection to the Debtors' claim of homestead exemption (doc. # 20) is OVERRULED. SO ORDERED.

March 30, 2011                                    Colleen A. Brown
Burlington, Vermont                               United States Bankruptcy Judge

Filed & Entered
On Docket
March 30, 2011